```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

JERRY RODRIGUEZ,
                             Defendant.
------------------------------------------------------------- X

22-CR-248 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 18, 2022, the Court received a request from the Probation Department to modify the conditions of Mr. Rodriguez's supervised release;

IT IS HEREBY ORDERED that the special condition of 100 hours of community service is suspended.

IT IS FURTHER ORDERED that the special condition of 20 hours of volunteer work per week when Mr. Rodriguez is not employed remains in effect.

**SO ORDERED.**

**Date:  May 19, 2022**
**New York, New York**

                                                           **VALERIE CAPRONI**
                                                           **United States District Judge**